

E-FILED
Friday, 05 January, 2007 12:09:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>JOSE C. RIOS, and  )<br>GERARDO LUGO,  )<br>  )<br>Defendants.  ) | Criminal No. 07-_____<br>Violations: Title 21, United<br>States Code, Sections 846,<br>841(a)(1), 841(b)(1)(A), and<br>841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute 5 or More Kilograms of Cocaine)

1. From at least about 2003 or before and continuing until about August 2006, in the Central District of Illinois, the defendants,

**JOSE C. RIOS and GERARDO LUGO,**

knowingly and intentionally conspired with each other and others to distribute and to possess with the intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture or substance containing cocaine, a Schedule II controlled substance.

2. As part of the conspiracy, the defendants regularly distributed cocaine and caused others to distribute cocaine, often on a front or consignment basis, in the Kankakee, Illinois area.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 18, 2004, in the Central District of Illinois, the defendant,

**JOSE C. RIOS,**

knowingly possessed a firearm in furtherance of a drug trafficking crime, namely, conspiracy to distribute cocaine.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 3
### (Distribution of Cocaine)

On or about June 9, 2005, in the Central District of Illinois, the defendant,

**GERARDO LUGO,**

knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Distribution of Cocaine)

On or about January 25, 2006, in the Central District of Illinois, the defendant,

**GERARDO LUGO,**

knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
TB