UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 20002 |
| vs. | ) |
| GERARDO LUGO, | ) . |
| Defendant. | ) |

## MOTION FOR DISCLOSURE OF IMPEACHING AND OTHERWISE EXCULPATORY INFORMATION

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully moves this Court for disclosure of impeaching and otherwise exculpatory information pursuant to *Brady v. Maryland, 373 U.S. 83 (1963)*; *Giglio v. United States, 405 U.S. 150 (1972)*.

Respectfully submitted,

By:   /S/ Gal Pissetzky
         Gal Pissetsky, Esq.
         Attorney for Defendant,
         Gerardo Lugo

**GAL PISSETZKY**
Pissetzky, Berliner & Zhitnitsky
53 W. Jackson Blvd.
Suite 1403
Chicago, Illinois 60604
(312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 07CR20002 |
| | ) | |
| GERARDO LUGO | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION FOR DISCLOSURE OF IMPEACHING AND OTHERWISE EXCULPATORY INFORMATION**

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900