UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No.  07 CR 20002 |
| vs. | ) |
| | ) |
| GERARDO LUGO, | )   . |
| | ) |
| Defendant. | ) |

**MOTION REQUIRING THE GOVERNMENT TO GIVE IMMEDIATE
NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES**

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully moves this Court for an order requiring the Government to give immediate notice of its intention to use evidence of other crimes, wrongs and bad acts, pursuant to Rule 404(B).

Respectfully submitted,

By:     /S/ Gal Pissetzky
Gal Pissetzky, Esq.
Attorney for the Defendant,
Gerardo Lugo

**GAL PISSETZKY**
Pissetzky, Berliner & Zhitnitsky
53 W. Jackson Blvd.
Suite 1403
Chicago, Illinois 60604
(312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.              ) | 07CR20002 |
| ) | |
| GERARDO LUGO      ) | |
| Defendant   ) | |

# CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION REQUIRING THE GOVERNMENT TO GIVE IMMEDIATE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES**

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900