UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 20002 |
| vs. | ) |
| | ) |
| GERARDO LUGO, | )  . |
| | ) |
| Defendant. | ) |

**MOTION FOR EARLY RETURN ON TRIAL SUBPOENAS**

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully moves this Court for an order requiring the early return on trial subpoenas.

Respectfully submitted,

By:   /S/ Gal Pissetzky
Gal Pissetsky, Esq.
Attorney for Defendant,
Gerardo Lugo

**GAL PISSETZKY**
Pissetzky, Berliner & Zhitnitsky
53 W. Jackson Blvd.
Suite 1403
Chicago, Illinois 60604
(312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | 07CR20002 | |
| | ) | | |
| GERARDO LUGO | ) | | |
| Defendant | ) | | |

### CERTIFICATE OF SERVICE

    The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

### MOTION FOR EARLY RETURN ON TRIAL SUBPOENAS

was served pursuant to the district court's ECF filers to the following:

    Timothy Bass
    Assistant United States Attorney
    201 S. Vine
    Urbana, IL 601801

    Respectfully submitted,

    /s/ Gal Pissetzky_____
    Gal Pissetzky
    One of Mr. Lugo's lawyers
    53 W. Jackson Blvd., Suite 1403
    Chicago, IL 60604
    (312)566-9900