UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CR 20002 |
| vs. ) | |
| ) | |
| GERARDO LUGO, ) | . |
| ) | |
| Defendant. ) | |

## MOTION FOR DISCOVERY AND PRESERVATION OF AGENT'S NOTES

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully moves this Court for an order requiring the government to preserve all notes, rough notes, logs and memorandum prepared by the government agents and attorneys.

Respectfully submitted,

By:   /S/ Gal Pissetzky
Gal Pissetsky, Esq.
Attorney for Defendant,
Gerardo Lugo

**GAL PISSETZKY**
Pissetzky, Berliner & Zhitnitsky
53 W. Jackson Blvd.
Suite 1403
Chicago, Illinois 60604
(312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| | v. | ) | 07CR20002 |
| | ) | | |
| GERARDO LUGO | ) | | |
| Defendant | ) | | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION FOR DISCOVERY AND PRESERVATION OF AGENT'S NOTES**

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900