**E-FILED**
Friday, 20 April, 2007  04:12:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 20002 |
| vs. | ) | |
| | ) | |
| | ) | |
| GERARDO LUGO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO COMPEL THE GOVERNMENTBE TO PROVIDE
DEFENDANTS WITH A SANTIAGO PROFFER STATEMENT**

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully

moves this Honorable Court to order the government to make a Santiago Proffer Statement prior

to permitting hearsay testimony to be used against defendant.  In support of his motion, Mr.

Lugo states the following:

1. This matter is currently set for trial on May 14, 2007.  Among the allegations in the

   indictment, Mr. Lugo is accused of being involved in a drug conspiracy.

2. After reviewing the discovery the government tendered in this matter, Mr. Lugo

   believes that it is the government's intention to meet its burden in this case by

   introducing hearsay testimony.

3. The government has not made a preliminary showing that a conspiracy existed or that

   it intends to offer co-conspirators statements under Federal Rule of Evidence

   801(d)(2)(E).  Under United States v. Santiago, 582 F.2d 1128 (7th Circ. 1978), the

   government should make such a preliminary showing supported by applicable law.

4. Under F.R.E. 801(d)(2)(E) a "statement" is not hearsay if it is "offered against a party" and is "a statement by a co-conspirator of a party during the course and in furtherance of the conspiracy."  Admission of co-conspirators against a defendant is only proper when the government establishes by a preponderance of the evidence that: 1. a conspiracy existed; 2. the defendant and the person making the statement were members of that particular conspiracy; and 3. the statement was made during the course of and in furtherance of the conspiracy.  Bourjaily v. United States, 483 U.S. 171 (1987); United States v. Godinez, 110 F.3d 448 (7th Circ. 1997).

5. In the Seventh Circuit, the preferred way for the government to make its preliminary showing with respect to co-conspirators statements is by the filing of a pretrial written proffer of the government's evidence, more commonly referred to as a Santiago proffer.  *See* United States v. Boucher, 796 F.2d 972 (7th Circ. 1986); United States v. Hooks, 848 F.2d 785 (7th Circ. 1988).

6. Moreover, to determine whether a statement was made "in furtherance" of a conspiracy, the court must look for a reasonable basis upon which to conclude that the statement furthered the conspiracy.  United States v. Lizzo, 120 F.3d 1338 (7th Circ. 1997).

7. Here, if the government intends to offer the statements any co-conspirators , named or unnamed in the indictment, it should first be directed by the court to provide Mr. Lugo with a Santiago proffer.  Further, if the government intends to offer co-conspirators statements for other purpose than for the truth of the matter asserted, this court should give the jury the appropriate limiting jury instructions.

WHEREFORE, the Petitioner, Mr. Lugo is requesting that this Honorable Court direct

the government to provide Mr. Lugo with a <u>Santiago</u> proffer.


Respectfully submitted,

By: ___/S/ Gal Pissetzky___
        Gal Pissetzky, Esq.
        Attorney for Defendant,
        Gerardo Lugo


**GAL PISSETZKY**
Pissetzky, Berliner & Zhitnitsky
53 W. Jackson Blvd.
Suite 1403
Chicago, Illinois 60604
(312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 07CR20002 |
| | ) | |
| GERARDO LUGO | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## MOTION TO COMPEL THE GOVERNMENTBE TO PROVIDE DEFENDANTS WITH A SANTIAGO PROFFER STATEMENT

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900