**E-FILED**
Tuesday, 01 May, 2007  02:08:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-20002 |
| | ) | |
| JOSE C. RIOS and GERARDO LUGO, | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF THE CASE

The defendant, Jose C. Rios, is charged in an indictment with conspiracy to distribute and to possess with the intent to distribute a controlled substance, namely, 5 or more kilograms of cocaine (Count 1), and possession of a firearm in furtherance of a drug trafficking crime (Count 2).

The defendant, Gerardo Lugo, is charged in the same indictment with conspiracy to distribute and to possession with the intent to distribute a controlled substance, namely, 5 or more kilograms of cocaine (Count 1), and two counts of distribution of cocaine (Counts 3 and 4).

The defendants have pleaded not guilty to the charges.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gal Pissetzky
Attorney for Defendant Gerardo Lugo
Suite 1403
53 W Jackson Blvd
Chicago, IL 60604

Carol A. Dison
Attorney for Defendant Jose C. Rios
508 S. Broadway
P.O. Box 17160
Urbana, IL 61803-1706

s/Timothy A. Bass
TIMOTHY A. BASS
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov