# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER  06-20062 |
| | | | | | | TRIAL DATE  5/14/07 |
| PRESIDING JUDGE Michael P. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| | | | | | **Jason Ward** | |
| 1 | | | | | Photos of the search of Jason Ward's residence | |
| 2 | | | | | Drugs seized from Jason Ward's residence | |
| 3 | | | | | Guns seized from Jason Ward's residence | |
| 4 | | | | | Record of transfers of vehicles to Rios | |
| | | | | | **Jose Rios Interview 3/3/04** | |
| 5 | | | | | Audio interview of Jose Rios | |
| 6 | | | | | Transcription of audio interview of Jose Rios | |
| 7 | | | | | Consent to search 428 S. Lincoln, Kankakee, signed by Jose Rios | |
| 8 | | | | | Rights Waiver signed by Jose Rios | |
| 9 | | | | | 13 guns seized from 428 S. Lincoln, Kankakee | |
| 10 | | | | | Photos of 428 S. Lincoln, Kankakee | |

**GOVERNMENT'S EXHIBIT LIST**                2

| \ | \ | \ | \ | \ | \ | \ |
|---|---|---|---|---|---|---|
| UNITED STATES v. JOSE RIOS AND GERARDO LUGO ||||| DISTRICT COURT<br>Central District of Illinois ||
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass ||||| DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 06-20062 |
| ^ ||||| ^ | TRIAL DATE 5/14/07 |
| PRESIDING JUDGE<br>Michael P. McCuskey ||||| COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** ||
| 11 | | | | | Cell phone ||
| | | | | | **1/20/05 Buy from Heriberto Diaz** ||
| 12 | | | | | In person audio recording dated 1/20/05 between Dave Hetherington, Ty Collins and Heriberto Diaz?? ||
| 13 | | | | | 130 grams of cocaine ||
| | | | | | **6/9/05 Buy from Gerardo Lugo** ||
| 14 | | | | | Audio recording dated 6/9/05 between CS and Heriberto Diaz at Big House Customs, Bourbonnais ||
| 15 | | | | | Video recording 6/9/05 ||
| 16 | | | | | Audio recording 6/9/05 ||
| 17 | | | | | Video recording 6/9/05 ||
| 18 | | | | | Transcripts of audio recordings ||
| 19 | | | | | 156 grams of cocaine ||

**GOVERNMENT'S EXHIBIT LIST**                                                      3

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER  06-20062 | |
| | | | | | TRIAL DATE  5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| | | | | | **7/21/05 Recordings of Rios and Lugo** | |
| 20 | | | | | Audio recording Lugo | |
| 21 | | | | | Audio recording Rios | |
| 22 | | | | | Transcripts of audio recordings | |
| | | | | | **8/4/05 Traffic Stop of Jason Pline** | |
| 23 | | | | | 520 grams of cocaine | |
| 24 | | | | | Packaging that contained cocaine | |
| 25 | | | | | Inked fingerprints of Jose Rios | |
| 26 | | | | | Photographs of latent print | |
| 27 | | | | | Fingerprint chart | |
| 28 | | | | | Cell phone (563) 495-6369 | |
| | | | | | **9/26/05 Buy from Valentin Atilano** | |
| 29 | | | | | Cocaine | |

# GOVERNMENT'S EXHIBIT LIST

4

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 06-20062 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 30 | | | | | Photos | |
| 31 | | | | | Audio recording | |
| | | | | | **1/6/06** | |
| 32 | | | | | Audio recording of Lugo | |
| | | | | | **1/25/06** | |
| 33 | | | | | Audio recording of Rios | |
| 34 | | | | | Audio recording of Lugo | |
| 35 | | | | | Video with audio recording of Lugo | |
| 36 | | | | | 133 grams of cocaine | |
| 37 | | | | | Packaging of cocaine | |
| | | | | | **2/1/06** | |
| 38 | | | | | Audio recording of Rios | |
| | | | | | **3/13/06 Search of Rios Residence** | |
| 39 | | | | | Cocaine and marijuana | |

# GOVERNMENT'S EXHIBIT LIST

5

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER  06-20062 | |
| | | | | | TRIAL DATE  5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 40 | | | | | Kilo press box | |
| 41 | | | | | Mail | |
| 42 | | | | | Other items seized from  W. 35th St., Cicero, IL | |
| | | | | | **8/24/06 Arrest of Lugo and Rios** | |
| 43 | | | | | Cell phone, Lugo     (815) 209-1117 | |
| 44 | | | | | Cell phone, Lugo    (815) 592-8800 | |
| 45 | | | | | Cell phone, Rios     (773) 739-6787 | |
| 46 | | | | | Cell phone, Rios     (815) 919-1339 | |
| | | | | | **8/24/06 Search of Rios Residence** | |
| 47 | | | | | Cocaine | |
| 48 | | | | | Scale | |
| 49 | | | | | Photos | |
| 50 | | | | | Surveillance camera | |

# GOVERNMENT'S EXHIBIT LIST

6

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANTS'<br>ATTYS.: Gal<br>Pissetzki, Carol Dison | DOCKET NUMBER 06-20062 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| | | | | | | |
| 51 | | | | | Police radio | |
| | | | | | | |
| 52 | | | | | Police scanner | |
| | | | | | | |
| 53 | | | | | Vacuum sealing machine | |
| | | | | | | |
| | | | | | **8/24/06 Seizure of 2000 Pontiac Sunfire** | |
| 54 | | | | | Photos of Pontiac Sunfire | |
| | | | | | | |
| | | | | | **10/13/06 Photos of Big House Customs** | |
| 55 | | | | | Photos | |
| | | | | | | |
| | | | | | **12/29/06 Photos of 1999 Pontiac Sunfire** | |
| 56 | | | | | Photos | |
| | | | | | **Other Exhibits** | |
| 57 | | | | | Other photos | |
| | | | | | | |
| 58 | | | | | Other items | |
| | | | | | | |
| 59 | | | | | Other documents | |
| | | | | | | |
| | | | | | **Telephone Exhibits** | |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 06-20062 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| T-1 | | | | | Summary Charts of telephone info and records | |
| T-2 | | | | | Telephone records from T-Mobile for (815) 793-1040 | |
| T-3 | | | | | Telephone records from U.S. Cellular for (815) 260-6380 | |
| T-4 | | | | | Telephone records from Sprint-Nextel for (708) 646-0076 | |
| T-5 | | | | | Telephone records from AT&T for (815) 932-1362 | |
| T-6 | | | | | Telephone records from Sprint-Nextel for (815) 209-1116 | |
| T-7 | | | | | Telephone records from T-Mobile for (815) 295-6543 | |
| T-8 | | | | | Telephone records from Verizon Wireless for (815) 922-0683 | |
| T-9 | | | | | Telephone records from Sprint-Nextel for (815) 214-8227 | |
| T-10 | | | | | Telephone records from Sprint-Nextel for (815) 739-7513 | |
| T-11 | | | | | Telephone records from Verizon Wireless for (815) 263-8190 | |
| T-12 | | | | | Telephone records from T-Mobile for (773) 715-0551 | |

**GOVERNMENT'S EXHIBIT LIST**                    8

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 06-20062 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| T-13 | | | | | Telephone records from Sprint-Nextel for (708) 362-1162 | |
| T-14 | | | | | Telephone records from Sprint-Nextel for (708) 362-1164 | |
| T-15 | | | | | Telephone records from AT&T for (815)-421-0129 | |
| T-16 | | | | | Telephone records from Sprint-Nextel for (815) 955-1636 | |
| T-17 | | | | | Telephone records from Sprint-Nextel for (815) 955-1637 | |
| T-18 | | | | | Telephone records from U.S. Cellular for (563) 599-5055 | |
| T-19 | | | | | Telephone records from U.S. Cellular for (815) 260-6519 | |
| T-20 | | | | | Telephone records from U.S. Cellular for (815) 651-1842 | |
| T-21 | | | | | Telephone records from AT&T for (815) 935-1807 | |
| T-22 | | | | | Telephone records from AT&T for (815) 939-4684 | |
| T-23 | | | | | Telephone records from Sprint-Nextel for (815) 549-2388 | |
| T-24 | | | | | Telephone records from Sprint-Nextel for (815) 549-3674 | |

**GOVERNMENT'S EXHIBIT LIST**                                                           9

| UNITED STATES  v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | | DOCKET NUMBER   06-20062 | |
| | | | | | TRIAL DATE   5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| T-25 | | | | | Telephone records from Sprint-Nextel for (815) 530-6864 | |
| T-26 | | | | | Telephone records from Sprint-Nextel for (815) 549-1285 | |
| T-27 | | | | | Telephone records from Sprint-Nextel for (815) 405-8259 | |
| T-28 | | | | | Telephone records for (563) 599-4344 | |
| T-29 | | | | | Telephone records from Sprint-Nextel for (815) 278-1457 | |
| T-30 | | | | | Telephone records for (563) 581-4670 | |
| T-31 | | | | | Telephone records for (563) 599-5432 | |
| T-32 | | | | | Telephone records for (815) 549-2477 | |