E-FILED
Friday, 04 May, 2007  04:12:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CR 20002 |
| vs. ) | |
| ) | |
| ) | |
| GERARDO LUGO, ) | |
| ) | |
| Defendant. ) | |

### GERARDO LUGO'S OBJECTIONS TO THE GOVERNMENT PROPOSED JURY INSTRUCTIONS

Defendant, **GERARDO LUGO**, by his attorney, **GAL PISSETZKY**, respectfully files the following objections to the government's proposed jury instructions:

1. Government Instruction No. 18 is incomplete and should not be given as proposed by the government. Mr. Lugo has submitted 7th Circuit Pater Jury Instruction 3.13 as it should be given.

2. Government Instruction No. 21 should not be given in this case. The instruction is Pattern Jury Instruction 5.05, and refers to Joint Ventures. The government in this case charged Mr. Lugo with conspiracy. The 7th Circuit provides and the government proposed the appropriate instructions for a charge of conspiracy. This instruction is cumulative and extremely prejudicial against Mr. Lugo if given in addition to the conspiracy instruction.

3. Government Instruction No. 22 should not be given in this case. The instruction is Pattern Jury Instruction 5.06, and refers to a charge of Aiding and Abetting. The

government in this case charged Mr. Lugo with conspiracy. The 7th Circuit provides and the government proposed the appropriate instructions for a charge of conspiracy. This instruction is cumulative and extremely prejudicial against Mr. Lugo if given in addition to the conspiracy instruction.

4. Government Instruction No. 23 should not be given. The commentary for 7th Circuit Pattern Jury Instruction 4.04 clearly states that this instruction should not be given where no discrepancy exists between the date charged in the indictment and the date suggested by the evidence at trial. Here, there are no discrepancies about the dates.

5. Government Instruction No. 25 should be given as proposed by the government, but without the sentence "a conspiracy may be established even if its purpose was not accomplished." The government is not claiming in this case that the purpose of the conspiracy has not been accomplished, and thus the above sentence should be redacted.

6. Government Instruction No. 28 should not be given in this case. The definition of distribution is not included in the Pattern Jury Instructions.

7. Government Jury Instruction No. 29 should be modified. The same paragraph appears twice in it.

Respectfully submitted,

By:   /S/ Gal Pissetzky
      Gal Pissetzky, Esq.
      Attorney for Gerardo Lugo
      Pissetzky, Berliner & Zhitnitsky
      53 W. Jackson Blvd.
      Suite 1403
      Chicago, Illinois 60604
      (312) 566-9900

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 07CR20002 |
| | ) | |
| GERARDO LUGO | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**GERARDO LUGO'S OBJECTIONS TO THE GOVERNMENT
PROPOSED JURY INSTRUCTIONS**

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900