E-FILED
Friday, 11 May, 2007 12:38:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-20002 |
| GERARDO LUGO, | ) ) ) |
| Defendant. | ) ) |

### GOVERNMENT'S RESPONSE TO DEFENDANT
### LUGO'S MOTION IN LIMINE

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its response to Defendant Lugo's motion in limine. The government states as follows:

The government has concluded that any issues concerning the admissibility of the <u>internal</u> phone records of the phones seized from Defendant Rios and Defendant Lugo at the time of their arrest are not sufficiently significant to litigate. Accordingly, the government does not intend to introduce such records at trial. Thus, Defendant

Lugo's motion in limine is moot.

                                        Respectfully submitted,

                                        RODGER A. HEATON
                                        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
          TIMOTHY A. BASS, Bar No. MO 45344
          Assistant United States Attorney
          201 S. Vine St., Suite 226
          Urbana, IL 61802
          Phone:  217/373-5875
          Fax: 217/373-5891
          tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th of May 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gal Pissetzky
Attorney for Defendant Gerardo Lugo

Carol Dison
Attorney for Defendant Jose C. Rios

s/Timothy A. Bass
TIMOTHY A. BASS
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov