UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-20002 |
| ) | |
| JOSE C. RIOS, and ) | |
| GERARDO LUGO, ) | |
| ) | |
| Defendant. ) | |

FILED
MAY 2 2 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## STIPULATION

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, and the defendant, Jose C. Rios, by and through his attorney, Carol Dison, and the defendant, Gerardo Lugo, by and through his attorney, Gal Pissetzky, do hereby stipulate to the following:

1. Government Exhibit 1 - 1.6 grams of cocaine.

2. Government Exhibit 13 - 126.9 grams of cocaine.

3. Government Exhibit 19 - 127.9 grams of cocaine.

4. Government Exhibit 23 - 504.6 grams of cocaine.

5. Government Exhibit 29 - 247.7 grams of cocaine.

6. Government Exhibit 36 - 126.8 grams of cocaine.

7. Government Exhibit 58A - 186 grams of cocaine.

8. Government Exhibit 58B - 5 grams of cocaine.

9. Government Exhibit T-2 is T-Mobile phone records for 815-793-1040.

10. Government Exhibit T-3 is U.S. Cellular phone records for 815-260-6380, subscribed to by Jose Rios.

11. Government Exhibit T-5 is AT&T phone records for 815-932-1362, subscribed to by Edith Lugo at 428 South Lincoln, Kankakee, Illinois.

12. Government Exhibit T-6 is Sprint Nextel phone records for 815-209-1116, subscribed to by Victor Garcia.

13. Government Exhibit T-7 is T-Mobile phone records for 815-295-6543, subscribed to by Jose Rios.

14. Government Exhibit T-11 is Verizon Wireless phone records for 815-263-8190, subscribed to by Mario Macias.

15. Government Exhibit T-25 is Sprint Nextel phone records for 815-530-6864, subscribed to by Robert Odeneal.

16. Government Exhibit T-26 is Sprint Nextel phone records for 815-549-1285, subscribed to by Robert Odeneal.

17. Government Exhibit T-23 is Sprint Nextel phone records for 815-549-2388, subscribed to by Chris Morrissette.

18. Government Exhibit T-24 is Sprint Nextel phone records for 815-549-3674, subscribed to by Chris Morrissette.

19. Government Exhibit T-15 is AT&T phone records for 815-421-0129, subscribed to by Kymberlee Mitchell.

20. Government Exhibit T-16 is Sprint Nextel phone records for 815-955-1636, subscribed to by Kymberlee Mitchell.

21. Government Exhibit T-17 is Sprint Nextel phone records for 815-955-1637, subscribed to by Kymberlee Mitchell.

22. Government Exhibit T-32 is Sprint Nextel phone records for 815-549-2477, subscribed to by Patricia Gray.


s/ Timothy Bass

_____          5-25-07
TIMOTHY A. BASS                         (Date)
Assistant United States Attorney
Attorney for Plaintiff

s/ Gal Pissetzky

_____          5/25/07
GAL PISSETZKY, for Gerardo Lugo          (Date)

s/ Carol Dison

_____          5/25/07
CAROL A. DISON, for Jose Rios            (Date)

3