YOU HAVE HEARD EVIDENCE THAT CHRIS MORRISSETTE, ROBERT ODENEAL, JASON WARD, BRENT GOSELIN, MARIO MACIAS AND JAMES PLINE HAVE BEEN CONVICTED OF A CRIME. YOU MAY CONSIDER THIS EVIDENCE ONLY IN DECIDING WHETHER THEIR TESTIMONY IS TRUTHFUL IN WHOLE, IN PART, OR NOT AT ALL. YOU MAY NOT CONSIDER THIS EVIDENCE FOR ANY OTHER PURPOSE.



FILED
MAY 2 2 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

COURT'S INSTRUCTION 16                                          Given _____

SEVENTH CIRCUIT CRIMINAL INSTRUCTION 3.11                       Withdrawn _____

YOU HAVE HEARD TESTIMONY OF CHRIS MORRISSETTE, ROBERT ODENEAL, CHRISTINE LLOYD, BRENT GOSELIN, MARIO MACIAS, JASON WARD, TONY ALLEGRO, JEFF BROWNSEY AND JAMES PLINE WHO:

(A) RECEIVED IMMUNITY; THAT IS, A PROMISE FROM THE GOVERNMENT THAT TESTIMONY OR OTHER INFORMATION HE/SHE PROVIDED WOULD NOT BE USED AGAINST HIM/HER IN A CRIMINAL CASE SO LONG AS HE/SHE IS TRUTHFUL;

(B) RECEIVED BENEFITS FROM THE GOVERNMENT IN CONNECTION WITH THIS CASE, NAMELY, THE POSSIBILITY OF A REDUCTION IN SENTENCE;

(C) STATED THAT HE/SHE WAS INVOLVED IN THE COMMISSION OF ONE OR MORE OF THE OFFENSES AS CHARGED AGAINST THE DEFENDANTS; AND/OR

(D) HAS PLEADED GUILTY TO AN OFFENSE ARISING OUT OF THE SAME OCCURRENCE FOR WHICH THE DEFENDANT IS NOW ON TRIAL. THEIR GUILTY PLEAS ARE NOT TO BE CONSIDERED AS EVIDENCE AGAINST THE DEFENDANTS.

YOU MAY GIVE THEIR TESTIMONY SUCH WEIGHT AS YOU FEEL IT DESERVES, KEEPING IN MIND THAT IT MUST BE CONSIDERED WITH CAUTION AND CARE.

FILED
MAY 2 2 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

COURT'S INSTRUCTION 18                                       Given _____

SEVENTH CIRCUIT CRIMINAL INSTRUCTION 3.13                    Withdrawn _____