Multiple Conspiracy Instruction

You may judge the defendants only on the charges alleged in the indictment. You may not convict them of any other alleged conspiracy in the event you should conclude that they have engaged in some other conspiracy. Therefore, if you are not convinced beyond a reasonable doubt that a particular defendant knowingly and intentionally joined the conspiracy alleged in the indictment, you must find the defendant not guilty.



FILED
MAY 2 2 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dft Lugo proposed jury instruction

Multiple Conspiracy Instruction

You may judge the defendants only on the charges alleged in the indictment. You may not convict them of any other alleged conspiracy in the event you should conclude that they have engaged in some other conspiracy. Therefore, if you are not convinced beyond a reasonable doubt that a particular defendant knowingly and intentionally joined the conspiracy alleged in the indictment, you must find the defendant not guilty.

**Authority**

U.S. v. Penson, 896 F.2d 1087, 29 Fed. R. Evid. Serv. 978 (7th Cir. 1990); U.S. v. Smith, 995 F.2d 662, 38 Fed. R. Evid. Serv. 828 (7th Cir. 1993).

Plaintiff's Instruction No. _____                    Given _____

                                                      Refused _____