E-FILED
Friday, 25 May, 2007  10:11:35 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED
MAY 2 4 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | CRIMINAL NO. 07-20002 |
| ) | VIOLATION: TITLE 21, UNITED |
| vs. ) | STATES CODE, SECTIONS |
| ) | 846 AND 841(A)(1) |
| GERARDO LUGO, ) | |
| ) | |
| DEFENDANT. ) | |

### V E R D I C T S

WE, THE JURY, FIND THE DEFENDANT, GERARDO LUGO,

____*Guilty*____ OF THE OFFENSE OF CONSPIRACY TO DISTRIBUTE
(GUILTY/ NOT GUILTY)

5 OR MORE KILOGRAMS OF COCAINE AS CHARGED IN COUNT ONE OF THE

INDICTMENT.

IF YOU FIND THE DEFENDANT GUILTY OF THE OFFENSE OF CONSPIRACY,

AS CHARGED IN COUNT ONE OF THE INDICTMENT, PLEASE ANSWER THE

FOLLOWING QUESTION:

1. DID THE GOVERNMENT PROVE BEYOND A REASONABLE DOUBT THAT

THE QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY WAS 5 OR MORE

KILOGRAMS?  ____*Yes*____
                    (YES/NO)

WE, THE JURY, FIND THE DEFENDANT, GERARDO LUGO,

__*Guilty*__ OF THE OFFENSE OF DISTRIBUTION OF COCAINE
((GUILTY), ~~NOT GUILTY~~)

AS CHARGED IN COUNT THREE OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, GERARDO LUGO,

__*Guilty*__ OF THE OFFENSE OF DISTRIBUTION OF COCAINE
((GUILTY), ~~NOT GUILTY~~)

AS CHARGED IN COUNT FOUR OF THE INDICTMENT.

| s/ Juror | s/ Juror |
|---|---|
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Juror |
| s/ Juror | s/ Foreperson |
|  | FOREPERSON |