# AMENDED GOVERNMENT'S EXHIBIT LIST

FILED FILED
Friday, 25 May, 2007 11:41:58 AM
Clerk, U.S. District Court, ILCD

MAY 15 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Jason Ward** |
| 1 | | 5/16 | ✓ | ✓ | Photos of the search of Jason Ward's residence — Johnston no obj |
| 2 | | 5/16 | ✓ | ✓ | w/drawn by govt not to jury — Drugs seized from Jason Ward's residence — Johnston no obj |
| 3 | | 5/16 | ✓ | ✓ | w/drawn by govt not to jury — Gun seized from Jason Ward's residence — Johnston no obj |
| 4 | | 5/22 | ✓ | ✓ | Record of transfers of vehicles to Rios — Cox no obj |
| 4A | | 5/22 | ✓ | ✓ | " — Cox no obj |
| 4B | | 5/22 | ✓ | ✓ | " — Cox no obj |
| | | | | | **Jose Rios Interview 3/3/04** |
| 5 | | 5/14 | ✓ | ✓ | NOT TO JURY — Audio interview of Jose Rios — Simington no obj |
| 6 | | 5/14 | ✓ | ✓ | NOT TO JURY — Transcription of audio interview of Jose Rios — Simington no obj |
| 7 | | 5/16 | ✓ | ✓ | Consent to search 428 S. Lincoln, Kankakee, signed by Jose Rios — Simington no obj |
| 8 | | 5/16 | ✓ | ✓ | Rights Waiver signed by Jose Rios — Simington no obj |
| 9A-m | | 5-16 | ✓ | ✓ | not to jury 12 guns w/drawn by govt no obj Simington |
| 9A-N | | 5-21 | ✓ | ✓ | 13 guns seized from 428 S. Lincoln, Kankakee — Powers no obj |
| 10 | | 5/16 | ✓ | ✓ | Photos of 428 S. Lincoln, Kankakee — Simington |
| 11 | | | | | Cell phone |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | | DEFENDANTS' ATTYS.:<br>Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 |
| | | | | | | TRIAL DATE 5/14/07 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| | | | | | **1/20/05 Buy from Heriberto Diaz** | |
| 12 | | | | | In person audio recording dated 1/20/05 between Dave Hetherington, Ty Collins and Heriberto Diaz | |
| 13 | | 5/16 | ✓ | ✓ | w/drawn by Gov't 130 grams of cocaine  not to jury   Collins obj OK | |
| | | | | | **6/9/05 Buy from Gerardo Lugo** | |
| 14 | | | | | Audio recording dated 6/9/05 between CS and Gerardo Lugo at Big House Customs, Bourbonnais | |
| 15 | | | | | Video recording Lugo residence 6/9/05 | |
| 16 | | | | | Audio recording direct connect 6/9/05 | |
| 17 | | 5/16 | ✓ | ✓ | NOT TO JURY   Odeneal<br>Video recording Odeneal and Lugo at Big House Customs 6/9/05  no obj | |
| 18A-B | | | | | Transcripts of audio recordings | |
| 19 | | 5/17 | ✓ | ✓ | w/drawn by Gov't 156 grams of cocaine  not to jury   Barnes no obj | |
| | | | | | **7/21/05 Recordings of Rios and Lugo** | |
| 20 | | | | | Audio recording Odeneal and Lugo | |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 21 | | | | | Audio recording Odeneal and Rios | |
| 22A-B | | | | | Transcripts of audio recordings | |
| | | | | | **8/4/05 Traffic Stop of Jason Pline** | |
| 23 | | 5/17 | ✓ | ✓ | 520 grams of cocaine | w/drawn by Govt not to jury | Dixon no obj |
| 24 | | 5/17 | ✓ | ✓ | Packaging that contained cocaine | w/drawn by Govt not to jury | Dixon no obj |
| 25 | | 5/18 | ✓ | ✓ | Inked fingerprints of Jose Rios | Barnes no obj |
| 26 | | 5/18 | ✓ | ✓ | Photographs of latent print | Cutro no obj |
| 26A | | 5/17 | ✓ | ✓ | photo AT&T box | Dixon no obj |
| 27 | | 5/18 | ✓ | ✓ | Fingerprint chart | Cutro |
| 26B | | 5/17 | ✓ | ✓ | photo of cocaine wrapped in duct tape | Dixon no obj |
| 28 | | | | | Cell phone (563) 495-6369 | |
| | | | | | **9/26/05 Buy from Valentin Atilano** | |
| 29 | | 5/18 | ✓ | ✓ | Cocaine | w/drawn by Govt not to jury | Propher no obj |
| 29A-C | | 5/18 | ✓ | ✓ | Packaging, trash bags & box | Propher no obj |
| 30 | | 5/18 | ✓ | ✓ | Photos | |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 31 | | | | | Audio recording | |
| | | | | | **1/6/06** | |
| 32 | | 5/17 | ✓ | ✓ | Audio recording of telephone conversation between Odeneal and Lugo — NOT TO JURY | Odeneal obj Lugo OK |
| 32A | | 5/17 | ✓ | ✓ | Transcript of 32 — not to jury | Odeneal obj Lugo OK |
| | | | | | **1/25/06** | |
| 33 | | 5/15 | ✓ | ✓ | Audio recording of telephone conversation between Morrissette and Rios — not to jury | morrissette no obj |
| 33A | | 5/15 | ✓ | ✓ | transcript of #33 — not to jury | morrissette no obj |
| 34 | | 5/15 | ✓ | ✓ | Audio recording of telephone conversation between Morrissette and Lugo — not to jury | morrissette no obj |
| 34A | | 5/15 | ✓ | ✓ | transcript of #34 — not to jury | morrissette No obj |
| 35 | | 5/15 | ✓ | ✓ | Video with audio recording of Morrissette and Lugo — not to jury | morri no obj |
| 36 | | 5/15 | ✓ | ✓ | 133 grams of cocaine — w/drawn by gov not to jury | morrissett no obj |
| 37 | | 5/15 | ✓ | ✓ | Packaging of cocaine | morrissett no obj |
| | | | | | **2/1/06** | |
| 38 | | | | | Audio recording of Morrissette and Rios | |
| 38A | | | | | Transcript of audio recording between Morrissette and Rios | |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| | | | | | **3/13/06 Search of Rios Residence** | |
| 39 | | | | | Cocaine and marijuana | |
| 40 | | | | | Kilo press box | |
| 41 | | | | | Mail | |
| 42 | | | | | Other items seized from W. 35th St., Cicero, IL | |
| | | | | | **8/24/06 Arrest of Lugo and Rios** | |
| 43 | | 5/22 | ✓ | ✓ | Cell phone, Lugo    (815) 209-1117 | Prophet no obj |
| 44 | | 5/22 | ✓ | ✓ | Cell phone, Lugo    (815) 592-8800 | Prophet no obj |
| 45 | | 5/22 | ✓ | ✓ | Cell phone, Rios    (773) 739-6787 | Lyons no obj |
| 46 | | 5/22 | ✓ | ✓ | Cell phone, Rios    (815) 919-1339 | Lyons no obj |
| | | | | | **8/24/06 Search of Rios Mobile Home Lot V-12** | |
| 47 | | | | | Cocaine | |
| 47A | | | | | 1 false can of JB Oil Treatment with storage compartment seized on 8/28/06 same location | |
| 47B | | | | | 1 12 oz. bottle of Inositol powder seized on 8/28/06 same location | |
| 47C | | | | | 1 notes with directions on where to find Inositol at Vitamin World seized on 8/28/06 same location | |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | | DOCKET NUMBER 07-20002 TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date 2007 | Marked | Admitted | EXHIBITS | |
| 48 | | | | | Scale seized during 8/24/06 search | |
| 49 | | | | | Photos seized during 8/24/06 search | |
| 50 | | | | | Surveillance camera seized during 8/24/06 search | |
| 51 | | | | | Police radio seized during 8/24/06 search | |
| 52 | | | | | Police scanner seized during 8/24/06 search | |
| 53 | | | | | Vacuum sealing machine seized during 8/24/06 search | |
| | | | | | **8/24/06 Seizure of 2000 Pontiac Sunfire** | |
| 54 | | 5/22 5/21 | ✓ | ✓ | Photos of Pontiac Sunfire | Powers/Wolfe no obj |
| | | | | | **10/13/06 Photos of Big House Customs** | |
| 55 | | | | | Photos | |
| | | | | | **12/29/06 Photos of 1999 Pontiac Sunfire** | |
| 56 | | 5/22 | ✓ | ✓ | Photos | no obj Wolfe |
| | | | | | **Other Exhibits** | |
| 57 | | | | | Other photos | |
| 57A | | 5/15 | ✓ | ✓ | Photo array | no obj Morrissett |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 58A-J | | | | | **Other items seized on 3/13/06** | |
| 58A | | 5/18 | ✓ | ✓ | w/drawn by Gov't not to jury  Approximately 186 grams of powder cocaine | Luce no obj |
| 58B | | 5/18 | ✓ | ✓ | w/drawn by Gov't not to jury  Approximately 5 grams of powder cocaine | Luce no obj |
| 58C | | 5/18 | ✓ | ✓ | w/drawn by Gov't not to jury  Approximately 32 grams cannabis | Luce no obj |
| 58D | | 5/18 | ✓ | ✓ | 1 wooden kilo press box seized from | Luce no obj |
| 58E | | 5/18 | ✓ | ✓ | gram scale seized from 5316 W. 35th St., Cicero, IL | Luce no obj |
| 58F | | 5/18 | ✓ | ✓ | 4 items of mail address Jose Rios at 428 S. Lincoln, Kankakee, IL seized from 5316 W. 35th St., Cicero, IL | Luce no obj |
| 58G | | 5/18 | ✓ | ✓ | Silver and blue key to front door of residence at 5316 W. 35th St., Cicero, IL seized on 3/13/06 | Luce no obj |
| 58H | | 5/18 | ✓ | ✓ | Silver and black key to safe located at 5316 W. 35th St., Cicero, IL seized on 3/13/06 | Luce no obj |
| 58I | | 5/18 | ✓ | ✓ | Pink Motorola cell phone seized from 5316 W. 35th St., Cicero, IL | Luce no obj |
| 58J | | 5/18 | ✓ | ✓ | $21,480 in cash seized from 5316 W. 35th St., Cicero, IL | no obj Luce |
| | | | | | | |
| 59A-L | | | | | **Other items seized on 8/24/06** | |
| 59A | | 5/21 | ✓ | ✓ | large scale seized from 1070 S. Osborn, Kankakee, IL | Powers no obj |
| 59B | | 5/21 | ✓ | ✓ | 3 small scales from 1070 S. Osborn, Kankakee, IL | Powers no obj |
| 59C | | 5/21 | ✓ | ✓ | miscellaneous notes from 1070 S. Osborn, Kankakee, IL | Powers no obj |
| 59D | | | | | Ruger .45 hand gun from 1070 S. Osborn, Kankakee, IL | |
| 59E | | | | | 7 rounds of .45 ammunition from 1070 S. Osborn, Kankakee, IL | |
| 59F | | 5/21 | ✓ | ✓ | 10 Id photos of Alberto Avalos from 1070 S. Osborn, Kankakee, IL | Powers no obj |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 59G | | | | | 2 resident alien cards in the name of Alberto Avalos from 1070 S. Osborn, Kankakee, IL | |
| 59H | | | | | 1 resident alien card in the name of Pizano Avalos from 1070 S. Osborn, Kankakee, IL | |
| 59I | | | | | 1 resident alien card in the name of Jose Rios from 1070 S. Osborn, Kankakee, IL | |
| 59J | | | | | FOID card in the name of Alberto Avalos seized from 1070 S. Osborn, Kankakee, IL | |
| 59K | | | | | 4 Social Security cards in the name of Alberto Avalos, Jose Rios, Martin Heppler, Noel R. Camargo-Solis seized from 1070 S. Osborn, Kankakee, IL | |
| 59L | | | | | Instituto Federal Electoral Registro (voter registration card) in the name of Alberto Avalos seized rom 1070 S. Osborn, Kankakee, IL | |
| | | | | | | |
| 60A-G | | | | | **Items seized from consent searches of Chevy Tahoe and from residence at 1836 SE Ave., Berwyn, IL on 8/3/06** | |
| 60A | | | | | $21,108 in cash | |
| 60B | | | | | 7 grams of cannabis | |
| 60C | | 5/21 | ✓ | ✓ | 1 large suitcase containing plastic wrap, fabric softener sheets, rubber gloves, plastic bags, vacuum seal bags | w/drawn by Govt NOT TO JURY Roache no obj |
| 60D | | 5/21 | ✓ | ✓ | 1 small suitcase | w/drawn by Govt not to JURY Roache/ no obj Knaus |
| 60E | | 5/21 | ✓ | | State of Illinois Security Badge | Knaus |
| 60F-1 | | 5/21 | ✓ | ✓ | Photos | group McNeal/Roach no obj |
| 60F 60G | | 5/21 5/21 | ✓ ✓ | ✓ ✓ | photos 2 note ledgers containing various notes | Knaus no obj Knaus no obj |
| | | | | | | |
| 61A-K | | | | | **Other documents** | |
| 61A | | 5/21 | ✓ | ✓ | Tony Allegro cooperation and testimony letter | allegro no obj. |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 61B | | 5/21 | ✓ | ✓ | Jeff Brownsey cooperation and testimony letter | Brownsey no obj |
| 61C | | 5/18 | ✓ | ✓ | Brent Goselin cooperation and testimony letter; plea agreement | Goselin no obj |
| 61D | | | | | Chris Look cooperation and testimony letter | |
| 61E | | 5/22 | ✓ | ✓ | Mario Macias cooperation and testimony letter; plea agreement | Macias no obj |
| 61F | | 5/15 | ✓ | ✓ | Christopher Morrissette cooperation and testimony letter; plea agreement | Morrissette no obj |
| 61G | | 5/14 | ✓ | ✓ | Robert Odeneal cooperation and testimony letter; plea agreement | Odeneal no obj |
| 61H | | 5/17 | ✓ | ✓ | James Pline cooperation and testimony letter; plea agreement | Pline no obj |
| 61I | | 5/14 | ✓ | ✓ | Jason Ward cooperation and testimony letter; plea agreement | Ward |
| 61J | | | | | Joseph Gray cooperation and testimony letter | |
| 61K | | 5/21 | ✓ | ✓ | Documents related to J. Rios Trucking Company | Knauss no obj |
| 62 | | 5/21 | ✓ | — | not to jury  Jason LeBeau report 4-6-07 | Goselin no obj |
| 63 | | 5/22 | ✓ | ✓ | Application Form for Rental Lot V12 | Stapf no obj |
| **Telephone Exhibits** | | | | | | |
| T-1 | | | | | Summary Charts of telephone info and records | |
| T-2 | | 5/22 | ✓ | ✓ | Telephone records from T-Mobile for (815) 793-1040 | stipulation |
| T-3 | | | ✓ | ✓ | Telephone records from U.S. Cellular for (815) 260-6380 | stipulation |
| T-4 | | | | | Telephone records from Sprint-Nextel for (708) 646-0076 | |

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 | |
| | | | | | TRIAL DATE 5/14/07 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| T-5 | | 5/22 | ✓ | ✓ | Telephone records from AT&T for (815) 932-1362 | *Stipulation* |
| T-6 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 209-1116 | *Stipulation* |
| T-7 | | 5/22 | ✓ | ✓ | Telephone records from T-Mobile for (815) 295-6543 | *Stipulation* |
| T-8 | | | | | Telephone records from Verizon Wireless for (815) 922-0683 | |
| T-9 | | | | | Telephone records from Sprint-Nextel for (815) 214-8227 | |
| T-10 | | | | | Telephone records from Sprint-Nextel for (815) 739-7513 | |
| T-11 | | 5/22 | ✓ | ✓ | Telephone records from Verizon Wireless for (815) 263-8190 | *Stipulation* |
| T-12 | | | | | Telephone records from T-Mobile for (773) 715-0551 | |
| T-13 | | | | | Telephone records from Sprint-Nextel for (708) 362-1162 | |
| T-14 | | | | | Telephone records from Sprint-Nextel for (708) 362-1164 | |
| T-15 | | 5/22 | ✓ | ✓ | Telephone records from AT&T for (815)-421-0129 | *Stipulation* |

## AMENDED GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | DEFENDANTS' ATTYS.:<br>Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002<br>TRIAL DATE 5/14/07 |
| PRESIDING JUDGE<br>Michael P. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| T-16 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 955-1636   *Stipulation* |
| T-17 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 955-1637   *Stipulation* |
| T-18 | | | | | Telephone records from U.S. Cellular for (563) 599-5055 |
| T-19 | | | | | Telephone records from U.S. Cellular for (815) 260-6519 |
| T-20 | | | | | Telephone records from U.S. Cellular for (815) 651-1842 |
| T-21 | | | | | Telephone records from AT&T for (815) 935-1807 |
| T-22 | | | | | Telephone records from AT&T for (815) 939-4684 |
| T-23 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 549-2388   *Stipulation* |
| T-24 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 549-3674   *Stipulation* |
| T-25 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 530-6864   *Stipulation* |
| T-26 | | 5/22 | ✓ | ✓ | Telephone records from Sprint-Nextel for (815) 549-1285   *Stipulation* |
| T-27 | | | | | Telephone records from Sprint-Nextel for (815) 405-8259 |

## AMENDED GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOSE RIOS AND GERARDO LUGO | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | DEFENDANTS' ATTYS.: Gal Pissetzki, Carol Dison | DOCKET NUMBER 07-20002 |
| | | TRIAL DATE 5/14/07 |
| PRESIDING JUDGE Michael P. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
|---|---|---|---|---|---|---|
| T-28 | | | | | Telephone records for (563) 599-4344 | |
| T-29 | | | | | Telephone records from Sprint-Nextel for (815) 278-1457 | |
| T-30 | | | | | Telephone records for (563) 581-4670 | |
| T-31 | | | | | Telephone records for (563) 599-5432 | |
| T-32 | | 5/22 | ✓ | ✓ | Telephone records for (815) 549-2477 | Stipulation |