AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED
MAY 24 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

DISTRICT OF _____

US v. Rios

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 07-20002

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael McCuskey | Tim Bass | Carol Dison |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5-15-07 | LC | SJ |

| PLF. NO. | DEF. NO. Rios | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5-15-07 | ✓ | ✓ | Letter from Morissette — no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages