UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 20002 |
| v. | ) |
| | ) |
| | ) |
| GERARDO LUGO, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

NOW COMES, the Petitioner, GERARDO LUGO, through his attorney, Gal Pissetzky, and respectfully asks this Honorable Court to continue the pretrial conference in this matter. In support of his motion, Mr. Lugo states the following:

1. This matter is set for sentencing on September 5, 2007.
2. Counsel for Mr. Lugo, Gal Pissetzky, received the PSI about a week ago, and is currently working with the author of the report on some clarifications, corrections and objections to the report.
3. According to the PSI, Mr. Lugo offense level is 43. Mr. Lugo strongly objects to the method and manner in which the probation officer calculated this outrageous offense level.
4. Mr. Pissetzky needs additional time to complete his discussions with the probation officer regarding the PSI, and later to adequately prepare a sentencing memorandum for the Court and for the sentencing hearing itself.
5. This request is not made to delay the matter, but to see that justice is done and to assure continuity of counsel.

WHEREFORE, the Petitioner respectfully requests this Honorable Court to continue the sentencing hearing in this matter.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of the attorneys for Mr. Lugo
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312) 566-9900

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)  No. 07 CR 20002<br>   v. )<br>)<br>)<br>GERARDO LUGO, )<br>)<br>  Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## MOTION TO CONTINUE SENTENCING

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900