UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-20002 |
| | ) |
| JOSE C. RIOS and | ) |
| GERARDO LUGO, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE SENTENCING COMMENTARIES**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's sentencing commentaries. The government respectfully states the following:

1.  This Court has ordered the government to file its sentencing commentaries in the above-referenced case by December 14, 2007. This is the government's first request for additional time in which to file said commentaries.

2.  The attorney for the government has been involved in the filing of criminal complaints and initial appearances in cases involving sixteen individuals involved in a drug trafficking conspiracy in the Central and Northern Districts of Illinois, including the issuance of several search warrants.

3. The attorney for the government has also been involved in preparation of the government's brief in *United States v. Blanchard*, Case No. 05-20015, which is due in the court of appeals on or before December 24, 2007.

4. Lastly, the attorney for the government has also been involved in preparing for an evidentiary sentencing hearing in *United States v. Knox*, Case No. 05-20029, which is scheduled for December 18, 2007.

5. The government has been diligently attempting to complete its commentaries. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's commentaries have not yet been completed. Accordingly, the government requests an additional two weeks to file its sentencing commentaries. The commentaries will be filed on January 3, 2008.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of October 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Gal Pissetzky
Attorney for Defendant Gerardo Lugo

Carol Dison
Attorney for Defendant Jose C. Rios

      s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Attorney for Plaintiff
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov