E-FILED
Wednesday, 02 January, 2008  11:49:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 20002 |
| v. | ) | |
| | ) | |
| | ) | |
| GERARDO LUGO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND FILING DEADLINE

NOW COMES, the Petitioner, GERARDO LUGO, through his attorney, Gal Pissetzky, and respectfully asks this Honorable Court to continue the filing deadline for any sentencing memorandum and comments. In support of his motion, Mr. Lugo states the following:

1. This Court set a filing deadline of January 4, 2008 for any sentencing memorandums and comments.
2. Counsel for Mr. Lugo, Gal Pissetzky, has been on trial just before the holidays. During the last week of 2007 Mr. Pissetzky was out of town, and has been preparing for a murder trial that will start on January 7, 2008 and will last about a week and a half.
3. This Court also extended the filing date for the government to January 3, 2008.
4. Mr. Pissetzky will need some additional time to review the government's commentaries.
5. Mr. Pissetzky is respectfully requesting that the filing date for Mr. Lugo will be extended to January 18, 2008.
6. This request is not made to delay the matter, but to see that justice is done and to assure continuity of counsel.

WHEREFORE, the Petitioner respectfully requests this Honorable Court to extend the filing deadline for sentencing memorandums and commentaries.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of the attorneys for Mr. Lugo
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312) 566-9900

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) No. 07 CR 20002<br>v. )<br>)<br>)<br>GERARDO LUGO, )<br>)<br>Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION TO EXTEND FILING DEADLINE**

was served pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
One of Mr. Lugo's lawyers
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900