UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07-20002 ) |
| JOSE C. RIOS and GERARDO LUGO, | ) ) ) ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE SENTENCING COMMENTARY**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's sentencing commentary. The government respectfully states the following:

1. The sentencing hearing for defendant Jose C. Rios is scheduled for February 19, 2008.

2. The sentencing hearing for defendant Gerardo Lugo is scheduled for February 22, 2008.

3. This Court has ordered the government to file its sentencing commentary in the above-referenced case by January 3, 2008. This is the government's second request for additional time in which to file said commentary.

4.     The attorney for the government has been involved in the filing of criminal complaints and related court appearances in cases involving sixteen individuals involved in a drug trafficking conspiracy in the Central and Northern Districts of Illinois, including the issuance of several search warrants. In addition, the attorney for the government has been involved in preparing these cases for a full-day grand jury session on January 8, 2008.

5.     The attorney for the government has also been involved in preparation of the government's brief in *United States v. Blanchard*, Case No. 05-20015, which was filed with the court of appeals on December 26, 2007.

6.     The attorney for the government was also involved in preparing for an evidentiary sentencing hearing in *United States v. Knox*, Case No. 05-20029, which was held on December 18, 2007.

7.     Finally, the attorney for the government was out of the office from December 26, 2007, to January 2, 2008.

8.     The government has been diligently attempting to complete its commentaries. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's commentary has not yet been completed. Accordingly, the government requests an additional eight days to file its sentencing commentary. The commentary will be filed on January 11, 2008.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 4th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Gal Pissetzky
Attorney for Defendant Gerardo Lugo

Carol Dison
Attorney for Defendant Jose C. Rios

                                               s/Timothy A. Bass
                                               TIMOTHY A. BASS, Bar No. MO 45344
                                               Assistant United States Attorney
                                               201 S. Vine Street, Suite 226
                                               Urbana, Illinois 61802
                                               Phone:  217/373-5875
                                               Fax: 217/373-5891
                                               tim.bass@usdoj.gov