UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-20002 |
| ) | |
| JOSE C. RIOS and ) | |
| GERARDO LUGO, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE SENTENCING COMMENTARY**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's sentencing commentary. The government respectfully states the following:

1. The sentencing hearing for Defendant Jose C. Rios is scheduled for February 19, 2008.

2. The sentencing hearing for Defendant Gerardo Lugo is scheduled for February 22, 2008.

3. This Court has ordered the government to file its sentencing commentary by January 11, 2008. This is the government's third request for additional time in which to file its commentary.

4. The attorney for the government has been involved in the preparation of a motion to file an amended information in United States v. Ursitti, No. 07-20071, which was filed on January 11, 2008.

5. The attorney for the government has also been involved in responding to pro se motions in United States v. Williams, No. 02-20038, with the response filed on January 11 and 15, 2008.

6. The attorney for the government was also involved in responding to a pro se motion in United States v. Coe, No. 06-20070, with the response filed on January 14, 2008.

7. Finally, the attorney for the government has been involved in preparing a response to a motion to suppress in United States v. Stotler, No. 07-30016, which was also due on January 14, 2008.

8. The government has been diligently attempting to complete its commentary. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's commentary was not able to be completed until January 15, 2008. Accordingly, the government requests until January 15, 2008, to file its sentencing commentary. The commentary will be filed contemporaneously with this motion.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Gal Pissetzky
Attorney for Defendant Gerardo Lugo

Carol Dison
Attorney for Defendant Jose C. Rios

        s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov