UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CR 20002 |
| v. ) | |
| ) | |
| ) | |
| GERARDO LUGO, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND FILING DEADLINE**

NOW COMES, the Petitioner, GERARDO LUGO, through his attorney, Gal Pissetzky, and respectfully asks this Honorable Court to continue the filing deadline for any sentencing memorandum and comments. In support of his motion, Mr. Lugo states the following:

1. This Court set a filing deadline of January 18, 2008 for any sentencing memorandums and comments.
2. Counsel for Mr. Lugo, Gal Pissetzky, has been on trial for the past two week, and just yesterday, January 15, 2008 received the government's sentencing comments.
3. This Court agreed to extend the government's filing time.
4. Mr. Pissetzky will need some additional time to review the government's commentaries.
5. Mr. Pissetzky is respectfully requesting that the filing date for Mr. Lugo will be extended to January 25, 2008.
6. This request is not made to delay the matter, but to see that justice is done and to assure continuity of counsel.

WHEREFORE, the Petitioner respectfully requests this Honorable Court to extend the filing deadline for sentencing memorandums and commentaries.

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
One of the attorneys for Mr. Lugo
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312) 566-9900

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 20002 |
| v. | ) | |
| | ) | |
| | ) | |
| GERARDO LUGO, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

   The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION TO EXTEND FILING DEADLINE**

was served pursuant to the district court's ECF filers to the following:

   Timothy Bass
   Assistant United States Attorney
   201 S. Vine
   Urbana, IL 601801

   Respectfully submitted,

   /s/ Gal Pissetzky_____
   Gal Pissetzky
   One of Mr. Lugo's lawyers
   53 W. Jackson Blvd., Suite 1403
   Chicago, IL 60604
   (312)566-9900