UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 20002 |
| v. | ) | |
| | ) | |
| GERARDO LUGO, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that I, GERARDO LUGO, Pro-Se, hereby appeals to the Untied States Court of Appeals for the Seventh Circuit from the Court's order and final judgment of conviction entered in this action on February 22, 2008.

Respectfully submitted,

 /s/ Gerardo Lugo, by Gal Pissetzky
Gerardo Lugo
Pro-Se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 06CR20057-MPM-DGB |
| | ) | |
| GERARDO LUGO | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

### NOTICE OF APPEAL

was served on February 25, 2008, pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900