UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 20002 |
| v. | ) | |
| | ) | |
| GERARDO LUGO, | ) | |
| Defendant. | ) | |

## **DOCKETING STATEMENT**

      This is a direct appeal in a criminal case from a conviction and sentence entered on February 22, 2008, by the United States District Court, Central District of Illinois, following a trial and guilty verdict.  The jurisdiction of the district court in this action was based upon federal question, specifically 21 U.S.C. 846; 21 U.S.C. 841(a)(1); 21 U.S.C. 860(a); 18 U.S.C. 924(c)(1); and 18 U.S.C. 922(g)(1).  The jurisdiction of the United States Court of Appeals for the Seventh Circuit is based upon 28 U.S.C. 1291 and 18 U.S.C. 3742.

      Defendant seeks review of the pre-trial and trial proceedings, jury verdict and the district court's final judgment entered on February 22, 2008.  The notice of appeal was filed on February 22, 2008, and within ten days of the final judgment.

Respectfully submitted,

/s/ Gerardo Lugo, by Gal Pissetzky__
Gerardo Lugo
Pro-Se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| | v. | ) | 06CR20057-MPM-DGB |
| | ) | | |
| GERARDO LUGO | ) | | |
| Defendant | ) | | |

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## DOCKETING STATEMENT

was served on February 25, 2008, pursuant to the district court's ECF filers to the following:

Timothy Bass
Assistant United States Attorney
201 S. Vine
Urbana, IL 601801

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900