## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 07-20002-002

Division: Urbana

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

UNITED STATES OF AMERICA          v.          GERARDO LUGO

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Timothy Bass                               Name: Gal Pissetzky and Ian Bennet Berliner

Firm: U.S. Attorney's Office                     Firm: Pissetzky, Berliner & Zhitnitsky PC

Address: 201 S. Vine Street                      Address: 53 W. Jackson Blvd., Suite 1403

Urbana, IL  61802                                Chicago, IL 60604

Phone: (217) 373-5875                            Phone: (312) 566-9900

---

Judge: Michael P. McCuskey                       Nature of Suit Code:   Criminal

Court Reporter: Lisa Cosimini                    Date Filed in District Court:  1/4/2007

                                                 Date of Judgment: 2/25/08

                                                 Date of Notice of Appeal: 2/25/08

Counsel:   ___Appointed     _X_ Retained     ___Pro Se

Fee Status:   ___Paid    _X_ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X_Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  #14677-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**