```
RECEIPT FOR PAYMENT
U.S. DISTRICT COURT
URBANA DIVISION

                                    U006291

RECEIVED FROM:
DISSETZKY & BERLINER PC
53 W JACKSON, SUITE 1423
CHICAGO, IL 60604


Case Number: 07-20002


F/U/B/O:
Party ID:

Tender Type:            CHECK
06-006400                $200.00
Notice of Appeal - 006400

Remarks:
06-510000                $150.00
Notice of Appeal-510000

Remarks:
06-006900                $105.00
Notice of Appeal-006900

Remarks:Check # 1676

    Subtotal:            $455.00




Receipt Total:           $455.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:    3/6/08
    Clerk:
                  SPU
```