# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 10, 2008

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 08-1437 and 08-1503    v.<br><br>GERARDO LUGO and JOSE C. RIOS,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 07 CR 20002<br>]<br>] Michael P. McCuskey,<br>] Chief Judge. |

FILED
MAR 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    Pursuant to the district court's order of February 29, 2008, granting defendant-appellant Gerardo Lugo leave to proceed on appeal in forma pauperis,

    **IT IS ORDERED** that attorney Gal Pissetzky is appointed to represent defendant-appellant Gerardo Lugo pursuant to the provisions of the Criminal Justice Act.

    Briefing shall proceed in accordance with this court's order of March 7, 2008.