E-FILED
Friday, 18 April, 2008 11:45:29 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 15, 2008

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeals from the United<br>] States District Court for<br>] the Central District of |
| Nos. 08-1437 and 08-1503    v. | ] Illinois.<br>] |
| GERARDO LUGO and JOSE C. RIOS,<br>    Defendants-Appellants. | ] No. 07 CR 20002<br>]<br>] Michael P. McCuskey,<br>] Chief Judge. |

This matter comes before the court for its consideration of attorney Gal Pissetzky's **MOTION TO WITHDRAW**, filed on March 10, 2008. Upon consideration thereof

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney Michael J. Gonring, Quarles and Brady, 411 E. Wisconsin Avenue, Milwaukee, WI 53202, is appointed to represent defendant-appellant Gerardo Lugo pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

**IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

Briefing shall proceed as follows:

1. Defendants-appellants shall file their briefs and required short appendices on or before July 16, 2008.

2. Plaintiff-appellee shall file its consolidated brief on or before August 15, 2008.

-over

FILED
APR 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Nos. 08-1437 and 08-1503                                                      Page 2

    3.      Defendants-appellants shall file their reply briefs, if any, on or before August 29, 2008.

Counsel for appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken. See *United States v. Martin*, Nos. 99-2621, et al., slip op. at 13-14 (7th Cir. Nov. 1, 1999); *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir.1992).

Appellants, however, may not adopt the "Jurisdictional Statement" of another. Each appellant's brief must include a complete "Jurisdictional Statement". Appellee's brief must comply with Circuit Rule 28(b).

Note:    Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).