

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

April 18, 2008

Michael J. Gonring
Quarles and Brady
411 E. Wisconsin Avenue
Milwaukee, WI  53202

Re:   USA v Gerardo Lugo
      USDC 07-20002
      USCA 08-1437

Dear Mr. Gonring:

Enclosed please find the Appeal Record for the above captioned case consisting of:

          1       volumes of pleadings
                  volumes of depositions
                  loose pleadings
          9       Transcripts

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/   K. Marsh
enc.

This is to acknowledge receipt of the appeal Record on _____.

_____

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:07-cr-20002-MPM-DGB-2
### Internal Use Only

Case title: USA v. Rios et al

Date Filed: 01/04/2007
Date Terminated: 02/25/2008

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '08-1437' 'Seventh Circuit'

### Defendant (2)

**Gerardo Lugo**
*TERMINATED: 02/25/2008*

represented by **Gal Pissetzky**
PISSETZKY BERLINER & ZHITNITSKY PC
Suite 1403
53 W Jackson Blvd
Chicago, IL 60604
312-566-9900
Fax: 800-976-4514
Email: gpissetzky@comcast.net
*TERMINATED: 04/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Michael J Gonring**
QUARLES & BRADY LLP
411 E Wisconsin Ave
Milwaukee, WI 53202-4497
(414) 277-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Ian Bennet Berliner**

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: s/ K. Marsh
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4-18-08

PISSETZKY BERLINER &
ZHITNITSKY PC
Suite 1403
53 W Jackson Blvd
Chicago, IL 60604
312-566-9900
Fax: 312-939-1616
Email: iberliner@pbzlawfirm.com
*TERMINATED: 03/12/2008*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

CONSPIRACY TO DISTRIBUTE
NARCOTICS. From at least 2003 and
continuing to August 2006 defendants
did knowingly conspire to distribute 5
or more kilograms of substance
containing cocaine in violation of 21
USC 846, 841(a)(1) and 841(b)(1)(A).
(1)

NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE. On or about 6/9/05
defendant did knowingly distribute a
substance containing cocaine in
violation of 21 USC 841(a)(1) and 841
(b)(1)(C).
(3)

NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE. On or about 1/25/06
defendant knowingly distributed a
substance containing cocaine in
violation of 21 USC 841(a)(1) and 841
(b)(1)(C).
(4)

**Highest Offense Level (Opening)**

**Disposition**

It is the judgment of the Court that the
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 162 months. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. Said
term shall consist of 5 years on Count 1
and 3 years on Counts 3 and 4, to be
served concurrently. Defendant shall
pay $300 special assessment.

It is the judgment of the Court that the
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 162 months. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. Said
term shall consist of 5 years on Count 1
and 3 years on Counts 3 and 4, to be
served concurrently. Defendant shall
pay $300 special assessment.

It is the judgment of the Court that the
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 162 months. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. Said
term shall consist of 5 years on Count 1
and 3 years on Counts 3 and 4, to be
served concurrently. Defendant shall
pay $300 special assessment.

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Material Witness**

**Christine D Schindler**  represented by  **John C Taylor**
*TERMINATED: 05/24/2007*                    FEDERAL PUBLIC DEFENDER
                                            300 W Main St
                                            Urbana, IL 61801
                                            217-373--0666
                                            Fax: 217-373-0667
                                            Email: john_taylor@fd.org
                                            *TERMINATED: 05/24/2007*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Public Defender or*
                                            *Community Defender Appointment*

**Plaintiff**

**USA**  represented by  **Timothy A Bass**
                        US ATTY
                        618 South Sixth Street
                        Springfield, IL 62701-1806
                        217-492-4450
                        Fax: 217-492-4512
                        Email: tim.bass@usdoj.gov
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/04/2007 | 1 | INDICTMENT as to Jose C Rios (1) count(s) 1, 2 and Gerardo Lugo (2) count(s) 1, 3, 4. (KM, ilcd) (Entered: 01/05/2007) |
| 01/04/2007 | 2 | ~~SEALED DOCUMENT. Unredacted Indictment. (KM, ilcd) (Entered: 01/05/2007)~~ |

| | | |
|---|---|---|
| 01/05/2007 | | NOTICE OF HEARING as to Gerardo Lugo. Arraignment is set for 1/11/2007 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 01/05/2007) |
| 01/11/2007 | | Minute Entry for proceedings held 1/11/07 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of GERARDO LUGO in person, with counsel Gal Pissetzky. Defendant and attorney given copy of Indictment. Cause called for ARRAIGNMENT. Defendant advised of charges and possible penalties. Defendant enters plea of not guilty to Counts 1,3, and 4. Defendant requests continuance; no objection by Government. Granted. Defendant given until 2/12/07 to file motions. Government given until 2/26/07 to respond to any motions filed. Discovery discussed. Matter set for status conference on 3/8/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161 (h)(8)(A). Time is excluded from 1/11/07 until 3/8/07. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) Modified on 1/12/2007 to remove status hearing information as it was held in 06-20057 (SKD, ilcd). (Entered: 01/12/2007) |
| 01/12/2007 | | Notice of Docket Text or Event Modification re hearing held 1/11/07. Removed status hearing information as it was held in 06-20057. (SKD, ilcd) (Entered: 01/12/2007) |
| 02/02/2007 | 3 | First MOTION to Dismiss *Count One of the Indictment* by Gerardo Lugo. (Attachments: # 1 Exhibit 1)(Pissetzky, Gal) (Entered: 02/02/2007) |
| 02/02/2007 | 4 | First MOTION for Bill of Particulars by Gerardo Lugo. (Pissetzky, Gal) (Entered: 02/02/2007) |
| 02/26/2007 | 5 | RESPONSE to Motion by USA as to Jose C Rios, Gerardo Lugo re 3 First MOTION to Dismiss *Count One of the Indictment*, 4 First MOTION for Bill of Particulars (Bass, Timothy) (Entered: 02/26/2007) |
| 02/26/2007 | 6 | RESPONSE to Motion by USA as to Jose C Rios, Gerardo Lugo re 3 First MOTION to Dismiss *Count One of the Indictment*, 4 First MOTION for Bill of Particulars *Corrected Response* (Bass, Timothy) (Entered: 02/26/2007) |
| 02/27/2007 | 7 | ORDER denying 3 Motion to Dismiss as to Gerardo Lugo (2); denying 4 Motion for Bill of Particulars as to Gerardo Lugo (2) entered by Chief Judge Michael P. McCuskey on 2/27/07. See written Order. (KM, ilcd) (Entered: 02/27/2007) |
| 03/06/2007 | 8 | First MOTION for Release of Brady Materials *and Giglio Materials* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 03/06/2007) |
| 03/06/2007 | 9 | First MOTION for Discovery *and 404(B) evidence* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 03/06/2007) |
| 03/06/2007 | 10 | First MOTION for Early return of subpoena by Gerardo Lugo. (Pissetzky, Gal) (Entered: 03/06/2007) |
| 03/06/2007 | 11 | First MOTION to preserve law enforcement notes by Gerardo Lugo. (Pissetzky, Gal) (Entered: 03/06/2007) |

| | | |
|---|---|---|
| 03/06/2007 | 12 | First MOTION to require the government to provide defendant with a Santiago proffer by Gerardo Lugo. (Pissetzky, Gal) (Entered: 03/06/2007) |
| 03/08/2007 | | Minute Entry for proceedings held before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant JOSE C RIOS present in person and with counsel Carol Dison. Defendant GERARDO LUGO present in person and with counsel Gal Pissetzky. Court strikes defendant Lugo's 8 Motion for Release of Brady Materials; 9 Motion for Discovery and 404(B) evidence; 10 Motion for Early return of subpoena; 11 Motion to preserve law enforcement notes ; 12 Motion to require the government to provide defendant with a Santiago proffer, with leave to re-file motions with memorandums in support of each. Court orders Government to make copies of discovery for defendants at no cost to defendants. Parties to review discovery and receive copied discovery no later than 3/30/07. All motions to be re-filed or additional motions that would follow discovery to be filed by 4/13/07; responses due 4/27/07. Any discovery motions due 3/23/07; responses due 3/30/07. Oral motion by Defendant Lugo for court to authorize early return of trial subpoena; no objection by Government. Motion granted. Pretrial Conference as to both defendants is set for 5/1/2007 at 3:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial as to both defendants are set for 5/14/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Trial is scheduled for 5/14/07 through 5/17/07 and 5/21/07 through 5/24/07 for 8 days total. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 3/8/07 to 5/14/07 is excluded as to both defendants. Defendants are remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) Modified on 3/9/2007 to correct typographical error (KM, ilcd). (Entered: 03/09/2007) |
| 03/29/2007 | 13 | CJA 23 Financial Affidavit by Christine D Schindler (material witness) (KM, ilcd) (Entered: 03/29/2007) |
| 03/29/2007 | | ORAL MOTION to Appoint Counsel for material witness Christine Schindler by USA. (KM, ilcd) (Entered: 03/29/2007) |
| 03/29/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 3/29/07. Upon oral motion from AUSA Timothy Bass, this Court has reviewed Christine Schindler's financial affidavit 13 and finds her indigent. Therefore, this Court grants oral motion and appoints the Federal Public Defender for the Central District of Illinois to represent material witness Christine Schindler who will testify at the trial scheduled for 5/14/07 through 5/25/07. (KM, ilcd) (Entered: 03/29/2007) |
| 04/20/2007 | 14 | MOTION to compel the government to provide a Santiago Proffer by Gerardo Lugo. (Pissetzky, Gal) (Entered: 04/20/2007) |
| 04/24/2007 | | TEXT ORDER granting 14 Motion to Compel the Government to Provide Defendants with a Santiago Proffer Statement. The Government is to provide its Santiago proffer at or before the Final Pretrial Conference which is scheduled for 5/1/07 at 3:30 p.m. Entered by Judge Michael P. McCuskey on 4/24/07. (BB, ilcd) (Entered: 04/24/2007) |

| | | |
|---|---|---|
| 04/27/2007 | 15 | RESPONSE to Motion by USA as to Jose C Rios, Gerardo Lugo re 14 MOTION to compel the government to provide a Santiago Proffer (Bass, Timothy) (Entered: 04/27/2007) |
| 05/01/2007 | 16 | STATEMENT OF THE CASE by USA as to Jose C Rios, Gerardo Lugo. (Bass, Timothy) (Entered: 05/01/2007) |
| 05/01/2007 | 17 | Proposed Jury Instructions by USA as to Jose C Rios, Gerardo Lugo (Bass, Timothy) (Entered: 05/01/2007) |
| 05/01/2007 | 19 | EXHIBIT LIST by USA as to Jose C Rios, Gerardo Lugo (Bass, Timothy) (Entered: 05/01/2007) |
| 05/01/2007 | | Minute Entry for proceedings held 5/1/07 before Chief Judge Michael P. McCuskey. Appearance of AUSA Tim Bass for Government. Appearances of JOSE C RIOS with counsel Carol Dison and GERARDO LUGO with counsel Gal Pissetzky and Ian Berliner. Pretrial Conference held. Defendant to file any objections to Government's Exhibit/Witness List or proposed jury instructions by 5/8/07. Defendant allowed to file alternative jury instructions by 5/8/07. Defendant allowed to file witness and exhibit lists by 5/4/07. Government to respond by 5/8/07. Any written questions to be filed by 5/4/07. Any objections due 5/8/07. The court concludes by a preponderance of the evidence that the Government has established the elements of a Santiago proffer, and the court will conditionally admit the statements at trial. Discussion re: Goselin interview notes. If the Goselin interview notes are not already destroyed, the Court directs the Government not to destroy them. The Government is to provide the Goselin notes under seal to the Court. The previous trial schedule as outlined on 3/8/07 is revised. Jury Selection/Jury trial will be 5/14/07 to 5/18/07 and 5/21/07 to 5/24/07. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) Modified on 5/3/2007 to add the Court's ruling regarding the Santiago proffer. (SLJ, ilcd) (Entered: 05/01/2007) |
| 05/03/2007 | | Notice of Docket Text or Event Modification: Minute Entry of 5/1/07 was modified to add the Court's ruling regarding the Santiago Proffer. (SLJ, ilcd) (Entered: 05/03/2007) |
| 05/04/2007 | 20 | Proposed Jury Instructions by Gerardo Lugo (Pissetzky, Gal) (Entered: 05/04/2007) |
| 05/04/2007 | 21 | OBJECTIONS TO PROPOSED JURY INSTRUCTIONS by Gerardo Lugo. (Pissetzky, Gal) (Entered: 05/04/2007) |
| 05/04/2007 | 22 | First MOTION in Limine *to bar introduction of mobile phone records* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 05/04/2007) |
| 05/09/2007 | 23 | NOTICE OF ATTORNEY APPEARANCE: Ian Bennet Berliner appearing for Gerardo Lugo (Berliner, Ian) (Entered: 05/09/2007) |
| 05/11/2007 | 24 | RESPONSE to Motion by USA as to Jose C Rios, Gerardo Lugo re 22 First MOTION in Limine *to bar introduction of mobile phone records* (Bass, Timothy) (Entered: 05/11/2007) |
| 05/11/2007 | | TEXT ORDER finding as moot 22 Motion in Limine as to Gerardo Lugo. In |

| | | |
|---|---|---|
| | | his motion in limine, Defendant Lugo seeks to bar the Government from introducing into evidence the mobile phone records seized from Defendant Lugo on August 24, 2006. In its Response 24 , the Government indicates that it does not intend to introduce these records at trial. Accordingly, the Motion in Limine (#22) is MOOT. Entered by Judge Michael P. McCuskey on 5/11/07. (BB, ilcd) Modified on 7/31/2007 to correct typographical error (VB, ilcd). (Entered: 05/11/2007) |
| 05/11/2007 | 25 | MOTION in Limine filed by USA as to defendants Jose C Rios and Gerardo Lugo. (Attachments filed under seal as a separate document.) (MB, ilcd) (Entered: 05/11/2007) |
| 05/11/2007 | 26 | +++ SEALED DOCUMENT. [Attachment #1 to 25 Motion in Limine] (MB, ilcd) (Entered: 05/11/2007) |
| 05/11/2007 | 27 | +++ SEALED DOCUMENT. [Attachment #2 to 25 Motion in Limine] (MB, ilcd) (Entered: 05/11/2007) |
| 05/11/2007 | 28 | +++ SEALED MOTION. (VB, ilcd) Modified on 5/14/2007 to change from Sealed Document to Sealed Motion (KM, ilcd). (Entered: 05/11/2007) |
| 05/11/2007 | 29 | +++ SEALED DOCUMENT. (VB, ilcd) (Entered: 05/11/2007) |
| 05/11/2007 | 30 | +++ SEALED DOCUMENT. (VB, ilcd) (Entered: 05/11/2007) |
| 05/14/2007 | | TEXT ORDER as to 28 Sealed Motion entered by Chief Judge Michael P. McCuskey on 5/14/07. (KM, ilcd) (Entered: 05/14/2007) |
| 05/14/2007 | 33 | +++ SEALED DOCUMENT. (KM, ilcd) (Entered: 05/14/2007) |
| 05/14/2007 | | Minute Entry for proceedings held 5/14/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant JOSE C RIOS present in person and with counsel Carol Dison. Defendant GERARDO LUGO present in person and with counsel Gal Pissetzky and Ian Bennet Berliner. Witness lists discussed and amended. On Court's own motion, all potential witnesses are excluded from courtroom. Jurors in; voir dire held. Jurors sworn as to qualifications. Statement of case read. Jury impaneled and sworn to try the case. Jurors excused to return at 9:00 AM on 5/15/07. Arguments heard regarding Motion in Limine #25; written order to be entered. Court adjourned and jury trial will begin at 9:00 AM on 5/15/07. Defendants remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 05/15/2007) |
| 05/15/2007 | 34 | ORDER granting 25 Motion in Limine as to Jose C Rios (1), Gerardo Lugo (2) entered by Chief Judge Michael P. McCuskey on 5/15/07. (KM, ilcd) (Entered: 05/15/2007) |
| 05/15/2007 | | Minute Entry for proceedings held 5/15/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued. Same appearances. Oral motion by Government to unseal the transcript of sentencing hearing in case 04-20041; granted. Jury in. Preliminary instructions give to jury. Opening statements given. Evidence for Government heard. Witnesses sworn; testimony heard. Court adjourned until 8:45 AM on 5/16/07. Defendants remanded to custody of US Marshal. |

| | | |
|---|---|---|
| | | (Court Reporter LC.) (KM, ilcd) (Entered: 05/16/2007) |
| 05/16/2007 | | Minute Entry for proceedings held 5/16/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Oral motion by defendant Rios to reconsider ruling on Government's Motion in Limine; denied. Evidence for Government continued. Witnesses sworn; testimony heard. Court adjourned until 8:50 AM on 5/17/07. Defendants remanded to custody of US Marshal. Oral motion by Government to withdraw exhibits of drugs and guns; granted. (Court Reporter LC.) (KM, ilcd) (Entered: 05/17/2007) |
| 05/17/2007 | | Minute Entry for proceedings held 5/17/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Evidence for Government continued. Witnesses sworn; testimony heard. Oral motion by Government to file a memorandum on jury instructions; granted. Court adjourned until 8:45 AM on 5/18/07. (Court Reporter LC.) (KM, ilcd) (Entered: 05/17/2007) |
| 05/18/2007 | | Minute Entry for proceedings held 5/18/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Evidence for Government continued. Witnesses sworn; testimony heard. Request for limiting instruction by defendants; denied. Jury out until 9:00 AM on 5/21/07. Preliminary jury instruction conference held. Any alternate instructions or memorandums due 5/24/07. Court adjourned until 8:45 AM on 5/21/07. (Court Reporter LC.) (KM, ilcd) (Entered: 05/22/2007) |
| 05/21/2007 | 35 | MEMORANDUM *Concerning Jury Instructions* by USA as to Jose C Rios, Gerardo Lugo (Bass, Timothy) (Entered: 05/21/2007) |
| 05/21/2007 | | Minute Entry for proceedings held 5/21/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Evidence for Government continued. Witnesses sworn; testimony heard. Court adjourned until 8:45 AM on 5/22/07; jury to report at 9:00 AM on 5/22/07. (Court Reporter LC.) (KM, ilcd) (Entered: 05/22/2007) |
| 05/22/2007 | | Minute Entry for proceedings held 5/22/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Evidence for Government continued. Witnesses sworn; testimony heard. Stipulation filed and read in open court. Government rests. Jury excused to report at 9:00 AM on 5/23/07. Oral motion by defendants for judgment of acquittal at close of Government's evidence. Arguments heard; motions denied as to all counts. Additional jury instructions filed. Jury instruction conference continued from 5/18/07. Court adjourned until 8:30 AM on 5/23/07. (Court Reporter TJ in AM/LC in PM.) (KM, ilcd) (Entered: 05/23/2007) |
| 05/22/2007 | 37 | STIPULATION signed by all parties as to Government's exhibits. (KM, ilcd) Modified on 5/23/2007 that Court noted at trial on 5/22/07 that signature date is incorrect on document and should be 5/22/07 (KM, ilcd). (Entered: 05/23/2007) |
| 05/22/2007 | 38 | Jury Instructions 16 and 18 offered by Government. (KM, ilcd) (Entered: |

| | | 05/23/2007) |
|---|---|---|
| 05/22/2007 | 39 | Jury Instructions proposed by defendant Gerardo Lugo (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 40 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Christopher Morrissette held on 5/15/07 before Chief Judge Michael P McCuskey. Court Reporter: LC. (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 41 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Jason Ward held on 5/16/07 before Chief Judge Michael P McCuskey. Court Reporter: LC (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 42 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Robert Odeneal held on 5/16/07 and 5/17/07 before Chief Judge Michael P McCuskey. Court Reporter: LC (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 43 | TRANSCRIPT of Proceedings of Jury Trial Testimony of James Pline held on 5/17/07 before Chief Judge Michael P McCuskey. Court Reporter: LC (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 44 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Christine Lloyd held on 5/17/07 and 5/18/07 before Chief Judge Michael P McCuskey. Court Reporter: LC (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 45 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Brent Goselin held on 5/18/07 and 5/21/07 before Chief Judge Michael P McCuskey. Court Reporter: LC(KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 46 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Virginia Carcelli held on 5/21/07 before Chief Judge Michael P McCuskey. Court Reporter: LC (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 47 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Anthony C. Allegro held on 5/21/07 before Chief Judge Michael P McCuskey. Court Reporter: LC(KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 48 | TRANSCRIPT of Proceedings of Jury Trial Testimony of Jeffrey Dale Brownsey held on 5/21/07 before Chief Judge Michael P McCuskey. Court Reporter: LC(KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | | Minute Entry for proceedings held 5/23/07 before Chief Judge Michael P. McCuskey. Jury instruction conference continued. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Evidence for defendant Rios. Witnesses sworn; testimony heard. Evidence for defendant Lugo. Witnesses sworn; testimony heard. Both defendants rest. Jury excused to report at 8:30 AM on 5/24/07. Oral motion by defendants for judgment of acquittal at conclusion of all evidence. Arguments heard; motions denied as to all counts. Court adjourned until 8:15 AM on 5/24/07.(Court Reporter LC.) (KM, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | 49 | Jury Instructions from second jury instruction conference marked by Court. (KM, ilcd) (Entered: 05/24/2007) |

| | | |
|---|---|---|
| 05/24/2007 | | Minute Entry for proceedings held 5/24/07 before Chief Judge Michael P. McCuskey. Jury Trial as to Jose C Rios and Gerardo Lugo continued; same appearances. Jury instructions read to jury. Closing arguments heard. Court security officer sworn. Jury out to deliberate; alternates excused. Oral motion by defendant Lugo for mistrial; denied. Jury returns with verdict. Finding Jose C. Rios (1) guilty on Count 1; not guilty on Count 2. Finding Gerardo Lugo (2) guilty on Counts 1,3,4. Jurors polled. The Court enters judgment of conviction as to both defendants on Count 1 and as to defendant Lugo on Counts 3 and 4. Cause referred to probation for presentence investigation reports as to both defendants. Sentencing set for 9/5/2007 at 2:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. Government orally moves to withdraw exhibits 60C and 60D; allowed. Government previously allowed to withdraw exhibits of drugs and guns. Defendants remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) Modified on 2/15/2008 to correct typographical error (KM, ilcd). (Entered: 05/25/2007) |
| 05/24/2007 | 50 | Final Jury Instructions to jury as to Jose C Rios, Gerardo Lugo (KM, ilcd) (Entered: 05/25/2007) |
| 05/24/2007 | 52 | JURY VERDICT as to Gerardo Lugo (2) Guilty on Counts 1,3,4. (KM, ilcd) (Entered: 05/25/2007) |
| 05/24/2007 | 53 | EXHIBIT LIST of Government's Exhibits as marked by courtroom deputy. Exhibits stored in 3 black plastic crates and a box stored in vault in Clerk's Office. (Original Stipulation 37 also provided to jury.) (KM, ilcd) (Entered: 05/25/2007) |
| 05/24/2007 | 54 | EXHIBIT LIST of defendant Jose C Rios' Exhibits as marked by courtroom deputy. Exhibit stored in vault in Clerk's Office with other trial exhibits. (KM, ilcd) (Entered: 05/25/2007) |
| 05/24/2007 | 55 | EXHIBIT LIST of defendant Gerardo Lugo's Exhibits as marked by courtroom deputy. Exhibits stored in vault in Clerk's Office with other trial exhibits. (KM, ilcd) (Entered: 05/25/2007) |
| 05/25/2007 | | NOTICE OF HEARING as to Jose C Rios and Gerardo Lugo. Sentencing is set for 9/5/2007 at 2:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 05/25/2007) |
| 05/29/2007 | 56 | ORDER on Implementation of Sentencing Guidelines as to Jose C Rios and Gerardo Lugo entered by Chief Judge Michael P. McCuskey on 5/29/07. (KM, ilcd) (Entered: 05/29/2007) |
| 07/03/2007 | 57 | First MOTION for New Trial by Gerardo Lugo. (Pissetzky, Gal) (Entered: 07/03/2007) |
| 07/05/2007 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 7/5/07. The Government is allowed until 7/20/07 to respond to Defendant Lugo's Motion to Vacate Jury Verdict and Grant a New Trial (#57). (BB, ilcd) (Entered: 07/05/2007) |
| 07/20/2007 | 58 | RESPONSE to Motion by USA as to Jose C Rios, Gerardo Lugo re 57 First MOTION for New Trial (Bass, Timothy) (Entered: 07/20/2007) |

| | | |
|---|---|---|
| 08/16/2007 | 60 | First MOTION to Continue *Sentencing* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 08/16/2007) |
| 08/20/2007 | | TEXT ORDER as to Jose C Rios and Gerardo Lugo entered by Chief Judge Michael P. McCuskey on 8/20/07. The Court GRANTS Motion to Continue Defendant Rios' Sentencing 59 and Motion to Continue Defendant Lugo's Sentencing 60 . The sentencing hearing scheduled for 9/05/2007 at 2:00 PM is converted to a telephone status conference (court will place call) to discuss a new date and the time needed for sentencing in this matter. Defendants Rios and Lugo are to be available by telephone as well. (KM, ilcd) (Entered: 08/20/2007) |
| 08/20/2007 | | TEXT ORDER granting 59 Motion to Continue as to Jose C Rios (1) and granting 60 Motion to Continue as to Gerardo Lugo (2) entered by Chief Judge Michael P. McCuskey on 8/20/07. A telephone status conference is set for 9/5/07 at 2:00 PM as to both defendants. Defendants Rios and Lugo are to be available by telephone as well as all counsel. (KM, ilcd) (Entered: 08/20/2007) |
| 08/30/2007 | 61 | ORDER denying 57 Motion for New Trial as to Gerardo Lugo (2) entered by Chief Judge Michael P. McCuskey on 8/30/07. Case remains set for telephone status conference on 9/5/07 at 2:00 PM to reset the sentencing hearing. See written Order. (KM, ilcd) (Entered: 08/30/2007) |
| 09/05/2007 | | Minute Entry for proceedings held 9/5/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant GERARDO LUGO present with counsel Gal Pissetzky. Attorney Carol Dison present on behalf of defendant Rios. Telephone Status Conference as to Gerardo Lugo held. Oral motion by defendant Lugo to continue Sentencing hearing; granted. US Probation Officer to revise presentence report by 10/5/07; defendant's response is due by 10/24/07. Further Status Conference is set for 11/21/2007 at 9:15 AM by telephone (court will place call) before Chief Judge Michael P. McCuskey. Counsel for both defendants will be included in telephone status conference. (Court Reporter LC.) (KM, ilcd) (Entered: 09/06/2007) |
| 10/24/2007 | 62 | OBJECTION *to the Pre-sentencing Investigation Report* by Gerardo Lugo (Pissetzky, Gal) (Entered: 10/24/2007) |
| 11/21/2007 | | Minute Entry for proceedings held 11/21/07 before Chief Judge Michael P. McCuskey. Appearance of AUSA Tim Bass for Government. Appearances of JOSE C RIOS with counsel Carol Dison and GERARDO LUGO with counsel Gal Pissetzky. Telephone Status Conference held. Presentence Report has been received by both defendants. Defendants Rios and Lugo have until 11/30/07 to file objections to 2nd Revised Presentence Report. Government has no objections to Presentence Report. Government to respond to defendants' objections by 12/14/07. All Sentencing Commentaries due 1/4/08 if parties wish to file one. Parties to file a list of witnesses they intend to call by 1/4/08. Sentencing set for defendant Rios on 2/19/08 at 9:30 a.m. Sentencing set for defendant Lugo on 2/22/08 at 1:00 p.m. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/21/2007) |

| | | |
|---|---|---|
| 11/21/2007 | | Set/Reset Deadlines/Hearings as to Gerardo Lugo. Sentencing set for 2/22/2008 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 11/21/2007) |
| 12/14/2007 | 63 | MOTION for Extension of Time to File *Sentencing Commentaries* by USA as to Jose C Rios, Gerardo Lugo. (Bass, Timothy) (Entered: 12/14/2007) |
| 12/17/2007 | | TEXT ORDER granting 63 Government's Motion for Extension of Time to File Sentencing Commentaries as to Jose C Rios and Gerardo Lugo. Sentencing commentaries are to be filed by 1/3/08. Entered by Chief Judge Michael P. McCuskey on 12/17/07. (BB, ilcd) (Entered: 12/17/2007) |
| 01/02/2008 | 64 | First MOTION for Extension of Time to File *sentencing memoradum* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 01/02/2008) |
| 01/02/2008 | | TEXT ORDER granting 64 Motion for Extension of Time to File Sentencing Commentary as to Gerardo Lugo. Sentencing commentary to be filed by 1/18/08. Entered by Chief Judge Michael P. McCuskey on 1/2/08. (BB, ilcd) (Entered: 01/02/2008) |
| 01/04/2008 | 65 | MOTION for Extension of Time to File *Sentencing Commentary* by USA as to Jose C Rios, Gerardo Lugo. (Bass, Timothy) (Entered: 01/04/2008) |
| 01/04/2008 | | TEXT ORDER granting 65 Motion for Extension of Time to File Sentencing Commentary. Government's sentencing commentary to be filed by 1/11/08. Entered by Chief Judge Michael P. McCuskey on 1/4/08. (BB, ilcd) (Entered: 01/04/2008) |
| 01/15/2008 | 66 | Third MOTION for Extension of Time to File *Sentencing Commentary* by USA as to Jose C Rios, Gerardo Lugo. (Bass, Timothy) (Entered: 01/15/2008) |
| 01/15/2008 | 67 | SENTENCING MEMORANDUM by USA as to Jose C Rios, Gerardo Lugo (Bass, Timothy) (Entered: 01/15/2008) |
| 01/16/2008 | | TEXT ORDER granting 66 Government's Motion for Extension of Time to File Sentencing Commentary. Entered by Chief Judge Michael P. McCuskey on 1/16/08. (BB, ilcd) (Entered: 01/16/2008) |
| 01/16/2008 | 68 | Second MOTION for Extension of Time to File *sentencing memorandum* by Gerardo Lugo. (Pissetzky, Gal) (Entered: 01/16/2008) |
| 01/17/2008 | | TEXT ORDER granting 68 Motion for Extension of Time to File Sentencing Commentary as to Gerardo Lugo. Sentencing Commentary due by 1/25/08. Entered by Chief Judge Michael P. McCuskey on 1/17/08. (BB, ilcd) (Entered: 01/17/2008) |
| 01/25/2008 | 69 | SENTENCING MEMORANDUM by Gerardo Lugo (Pissetzky, Gal) Modified on 1/29/2008 DOCUMENT STRICKEN and replaced by document #70 (KM, ilcd). (Entered: 01/25/2008) |
| 01/25/2008 | 70 | SENTENCING MEMORANDUM by Gerardo Lugo (Pissetzky, Gal) (Entered: 01/25/2008) |
| 01/29/2008 | | TEXT ORDER STRIKING DOCUMENT entered by Chief Judge Michael |

| | | |
|---|---|---|
| | | P. McCuskey on 1/29/08. The 69 Sentencing Memorandum filed by Gerardo Lugo on 1/25/08 is not properly signed and is therefore STRICKEN. On 1/25/08 Defendant Lugo filed 70 Sentencing Memorandum which has proper signature to replace document 69 .(KM, ilcd) (Entered: 01/29/2008) |
| 02/22/2008 | | Minute Entry for proceedings held 2/22/08 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant GERARDO LUGO (2) present in person and with counsel Gal Pissetzky and Ian Berliner. Sentencing held on 2/22/2008 for Gerardo Lugo (2), Count(s) 1, 3, 4. Parties acknowledge receipt of presentence investigation report; objections by defendant. Arguments regarding objections heard. Recommendations by counsel heard. It is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 162 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. Said term shall consist of 5 years on Count 1 and 3 years on Counts 3 and 4, to be served concurrently. Defendant shall pay $300 special assessment. Appeal rights given to defendant. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 02/22/2008) |
| 02/22/2008 | 76 | +++ PRESENTENCE INVESTIGATION REPORT as to Gerardo Lugo (KM, ilcd) (Entered: 02/22/2008) |
| 02/22/2008 | 77 | +++ SENTENCING RECOMMENDATION as to Gerardo Lugo. (KM, ilcd) (Entered: 02/22/2008) |
| 02/25/2008 | 78 | JUDGMENT as to Gerardo Lugo (2), Count(s) 1, 3, 4, entered by Chief Judge Michael P. McCuskey on 2/25/08. (KM, ilcd) (Entered: 02/25/2008) |
| 02/25/2008 | 79 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Gerardo Lugo (KM, ilcd) (Entered: 02/25/2008) |
| 02/25/2008 | 80 | NOTICE OF APPEAL by Gerardo Lugo (Pissetzky, Gal) (Entered: 02/25/2008) |
| 02/25/2008 | 81 | DOCKETING STATEMENT by Gerardo Lugo re 80 Notice of Appeal - Final Judgment. (Pissetzky, Gal) (Entered: 02/25/2008) |
| 02/25/2008 | 82 | Short Record of Appeal as to Gerardo Lugo sent to US Court of Appeals re 80 Notice of Appeal - Final Judgment. (KM, ilcd) (Entered: 02/25/2008) |
| 02/26/2008 | 84 | USCA Case Number 08-1437 for 80 Notice of Appeal - Final Judgment filed by Gerardo Lugo. (KM, ilcd) (Entered: 02/26/2008) |
| 02/26/2008 | 85 | ORDER of USCA as to Gerardo Lugo re appeal filing fee. (KM, ilcd) (Entered: 02/26/2008) |
| 02/29/2008 | | TEXT ORDER granting 83 Motion for Leave to Appeal In Forma Pauperis; finding as moot 89 Motion for Leave to Appeal In Forma Pauperis and finding as moot 91 Motion for Leave to Appeal In Forma Pauperis as to Jose C Rios. After reviewing Defendant's Affidavit in Support of Motion for Permission To Appeal in Forma Pauperis included in document 91, the court grants the Motion for Leave to Appeal In Forma Pauperis. Entered by Chief Judge Michael P. McCuskey on 2/29/08. (BB, ilcd) (Entered: 02/29/2008) |

| | | |
|---|---|---|
| 03/06/2008 | 94 | USCA Appeal Fees received of $455 as to Gerardo Lugo re 80 Notice of Appeal - Final Judgment. (USCA notified of payment) (KM, ilcd) (Entered: 03/06/2008) |
| 03/12/2008 | 95 | ORDER of USCA granting Gerardo Lugo leave to proceed in forma pauperis and appointing attorney Gal Pissetzky to represent defendant. (KM, ilcd) (Entered: 03/12/2008) |
| 04/18/2008 | 98 | ORDER of USCA as to Jose C Rios, Gerardo Lugo. Court grants Attorney Gal Pissetzky's motion to withdraw as counsel for Gerardo Lugo and Attorney Michael Gonring is now appointed to represent defendant Lugo. Briefing schedule set. See written Order. (KM, ilcd) (Entered: 04/18/2008) |