**E-FILED**
Monday, 28 April, 2008 02:22:04 PM
Clerk, U.S. District Court, ILCD

**E-FILED**
Friday, 18 April, 2008 03:15:25 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

April 18, 2008

Michael J. Gonring
Quarles and Brady
411 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   USA v Gerardo Lugo
      USDC 07-20002
      USCA 08-1437

Dear Mr. Gonring:

**FILED**
APR 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Enclosed please find the Appeal Record for the above captioned case consisting of:

```
    1       volumes of pleadings
            volumes of depositions
            loose pleadings
    9       Transcripts
```

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/   K. Marsh
enc.

This is to acknowledge receipt of the appeal Record on 4/23/08.

_____, attorney for
Gerardo Lugo