

| | |
|---|---|
| 500 West Madison Street | *Attorneys at Law in:* |
| Suite 3700 | *Phoenix and Tucson, Arizona* |
| Chicago, Illinois 60661-2511 | *Naples, Florida* |
| Tel 312.715.5000 | *Chicago, Illinois* |
| Fax 312.715.5155 | *Milwaukee and Madison, Wisconsin* |
| www.quarles.com | |

T. Frank Shaw
Direct Dial:           312/715-5067
Direct Fax:           312/632-1768
e-mail address:    fshaw@quarles.com

July 11, 2008

**VIA UPS GROUND**

K. Marsh
United States District Court
Central District of Illinois
Office of the Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL  61802

    Re:    *USA v. Gerardo Lugo*
             *USDC 07-20002*
             *USCA 08-1437*

Dear Ms. Marsh:

    Enclosed please find the original Appeal Record that you transmitted to me, which consists of one (1) volume of pleadings and nine (9) transcripts.

    I am returning the enclosed to you in accordance with your office's request.

    Please contact me with any questions.

                              Very truly yours,

                              QUARLES & BRADY LLP

                              T. Frank Shaw

TFS:mm
Encls.

cc:    E. King Poor, Esq.
        Jaci Pinnell, Esq.
        Seth Kaplan, Esq.

QBACTIVE\090022.01117\6337634.1